1   Alan J. Kessel (Cal. Bar No.: 130707)
    Suzanne M. Burke (Cal. Bar No.: 188597)
2   Brandon Q. Tran (Cal. Bar No.: 223435)
    **BUCHALTER, NEMER, FIELDS & YOUNGER**
3   A Professional Corporation
    18400 Von Karman Avenue, Suite 800
4   Irvine, California 92612-0514
    Telephone: (949) 760-1121
5   Facsimile: (949) 720-0182
    E-mail: sburke@buchalter.com
6
    Attorneys for Plaintiff DIRECTV, INC.
7

8              **UNITED STATES DISTRICT COURT**

9            **NORTHERN DISTRICT OF CALIFORNIA**

10               **SAN FRANCISCO DIVISION**

11  DIRECTV, INC., a California corporation,    Case No. CV-04-04128 EDL

12              Plaintiff,                       Hon. Elizabeth D. Laporte

13      vs.                                      **STIPULATION FOR VOLUNTARY
                                                 DISMISSAL OF DEFENDANT RODNEY
14  RODNEY ISLAND,                               ISLAND AND REQUEST TO RETAIN
                                                 JURISDICTION; [~~PROPOSED~~] ORDER
15              Defendant.                       THEREON**

16

17

18          IT IS HEREBY STIPULATED by and between Plaintiff DIRECTV, Inc.

19  ("DIRECTV") and Defendant RODNEY ISLAND ("Defendant"), through their respective

20  counsel of record, that the above-captioned action be and hereby is dismissed without prejudice,

21  pursuant to Fed. R. Civ. P. 41(a)(1), as to Defendant.  Each of said parties to bear its/his own

22  costs and attorney's fees.

23          The terms of the Confidential Settlement Agreement dated May 9, 2005

24  ("Agreement") entered into between the Defendant and DIRECTV require the performance of

25  certain obligations by Defendant that will not be completed until June 2007.  If the Defendant

26  does not timely or fully perform these obligations when due, DIRECTV is authorized to seek

27  enforcement of those obligations in this Court.  The parties therefore have consented, and hereby

28  further stipulate and consent to, the retention of jurisdiction over them by this Court and to

**STIPULATION FOR VOLUNTARY DISMISSAL OF DEFENDANT RODNEY ISLAND AND REQUEST
TO RETAIN JURISDICTION; [PROPOSED] ORDER THEREON**

1  reference to a Magistrate Judge in this District for the purpose of enforcing those obligations of

2  the Agreement, as defined therein.  The parties therefore respectfully request that the Court retain

3  such jurisdiction.

4  DATED: June 14, 2005                    Respectfully Submitted,

5                                          BUCHALTER, NEMER, FIELDS & YOUNGER
                                           A Professional Corporation
6

7

8                                          By:_____/s/ Suzanne M. Burke_____
                                                        Suzanne M. Burke
9                                          Attorneys for Plaintiff DIRECTV, Inc.

10  DATED: June 14, 2005                    PARR LAW GROUP

11

12                                          By:_____/s/ Shawn R. Parr_____
                                                        Shawn R. Parr
13                                          Attorneys for Defendant Rodney Island

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION FOR VOLUNTARY DISMISSAL OF DEFENDANT RODNEY ISLAND AND REQUEST
TO RETAIN JURISDICTION; [PROPOSED] ORDER THEREON**

1

**<u>ORDER</u>**

2      HAVING READ AND CONSIDERED the forgoing Stipulation for Voluntary

3 Dismissal of Defendant RODNEY ISLAND and Request to Retain Jurisdiction, and such other

4 pleadings, documents and records deemed appropriate by the Court, and good cause appearing

5 therefore, IT IS HEREBY ORDERED:

6      (1)    Defendant RODNEY ISLAND is hereby dismissed from this action

7 without prejudice;

8      (2)    Each of said parties to bear its/his own costs and attorney's fees; and

9      (3)    The Court shall retain jurisdiction over DIRECTV and Defendant

10 RODNEY ISLAND to enforce the terms described above of the Settlement Agreement between

11 those parties dated May 9, 2005.~~and hereby refers any further proceedings in this action to~~

12 ~~enforce such terms of the Settlement Agreement to a Magistrate Judge of this District~~.

13 Dated: June 20, 2005

14

15

16      _____
Honorable Elizabeth D. Laporte

17 United States District Court
Northern District of California

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION FOR VOLUNTARY DISMISSAL OF DEFENDANT RODNEY ISLAND AND REQUEST
TO RETAIN JURISDICTION; [PROPOSED] ORDER THEREON**

This document was created with Win2PDF available at http://www.daneprairie.com.
The unregistered version of Win2PDF is for evaluation or non-commercial use only.